# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JUSTIN EDWARD LEWIS,

           Plaintiff,

    v.

CHAD M ENRIGHT, et al.,

           Defendants.

Case No. C19-5653-BHS-TLF

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS

      The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Theresa L. Fricke. On August 15, 2019, the Clerk of Court mailed an Order Granting Application to Proceed *In Forma Pauperis* and an Order to Show Cause or Amend the Complaint to plaintiff. *See* Dkt. 4, 6. The Order Granting Application to Proceed *In Forma Pauperis* was returned as undeliverable on August 26, 2019. Dkt. 7. The Order to Show Cause or Amend the Complaint was returned as undeliverable on September 4, 2019. Dkt. 8.

      A party proceeding *pro se* shall keep the Court and opposing parties advised as to his or her current mailing address. Local Rules, W.D. Wash. LCR 41(b)(2). If mail directed to a *pro se* plaintiff by the Clerk is returned by the Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS
- 1

1    If plaintiff fails to notify the Court of his current mailing address **by October 28, 2019**,
2 the undersigned will recommend dismissal of this action without prejudice. The Clerk is directed
3 to mail plaintiff a copy of this Order to his last known address.
4    Dated this 23rd day of September, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge