UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN EDWARD LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHAD M. ENRIGHT, et al.,<br><br>　　　　　　Defendants. | CASE NO. C19-5653 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge, Dkt. 14, and Plaintiff Justin Edward Lewis's ("Lewis") objections to the R&R, Dkt. 15.

On December 2, 2019, Judge Fricke issued the R&R recommending that the Court dismiss Lewis's claims against Defendants Chad Enright ("Enright") and Penny Sapp ("Sapp") and then refer the matter for further proceedings against Defendant Caleb Baird ("Baird"). Dkt. 14. On December 9, 2019, Lewis filed objections. Dkt. 15.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

In this case, Lewis fails to lodge any objections to the merits of the R&R. Instead, he provides justifications for his delay in filing objections and states that he is ready to proceed with the case. Regarding the merits, the Court finds no error in the R&R. Therefore, the Court having considered the R&R, Lewis's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Lewis's claims against Enright and Sapp are **DISMISSED**; and

(3) The matter is referred to Judge Fricke for further proceedings against Baird.

Dated this 10th day of February, 2020.

BENJAMIN H. SETTLE
United States District Judge